IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEACHANGE PROJECTS LLC, | CIVIL ACTION |
| Plaintiff, | NO. 1:14-CV-01186-GMS |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE AMENDED COMPLAINT AND TO SET RESPONSIVE PLEADING DEADLINES

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Case Management Order entered in this action (D.I. 15), IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, that Plaintiff SeaChange Projects LLC ("SeaChange") may file an Amended Complaint (the "Amendment") on or before March 2, 2015. Pursuant to Local Rule 15.1(b), SeaChange will attach a redline comparison to the Amendment to indicate the respects in which it differs from the Complaint filed to initiate this action.

IT IS FURTHER STIPULATED AND AGREED that Defendant United States of America ("USA") shall file its response to the Amendment, including any counterclaims USA elects to assert, on or before, March 19, 2015. To the extent USA asserts any counterclaims, SeaChange shall file its response to the counterclaims on or before April 6, 2015.

DATED: February 24, 2015

| | |
|---|---|
| **BLANK ROME LLP** | **U.S. DEPARTMENT OF JUSTICE** |
| By: */s/ Steven L. Caponi* | By: */s/ Douglas M. Hottle* |
| STEVEN L. CAPONI (I.D. 3484) | DOUGLAS M. HOTTLE |
| ADAM V. ORLACCHIO (I.D. 5520) | Senior Trial Counsel |
| JEFFREY MOLLER (*pro hac vice*) | BENJAMIN R. SWEENEY |

1

| | |
|---|---|
| BRIAN GOCIAL (*pro hac vice*) | Trial Attorney |
| 1201 N. Market Street, Suite 800 | United States Department of Justice |
| Wilmington, DE 19801 | 1425 New York Ave, NW |
| Phone: (302) 425-6418 | Washington, DC 20005 |
| Fax: (302) 428-5102 | Phone: (202)-616-2973 |
| Email: Caponi@BlankRome.com | Email: Douglas.Hottle@usdoj.gov |
| Email: Orlacchio@blankrome.com | Email: Benjamin.R.Sweeney@usdoj.gov |
| *Counsel for Plaintiff SeaChange Projects LLC* | *Counsel for Defendant United States of America* |

 **ENTERED** this the _____ day of _____ 2015

 _____
 The Hon. Gregory M. Sleet
 UNITED STATES DISTRICT JUDGE