IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEACHANGE PROJECTS LLC | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:14-CV-01186-GMS |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), Plaintiff SeaChange Projects LLC and Defendant United States of America hereby stipulate and agree, subject to the approval of the Court, to the dismissal of this action with prejudice, with each party to bear their own costs and attorneys' fees.

DATED: October 4, 2016

**BLANK ROME LLP**

By: /s/ Adam V. Orlacchio
    ADAM V. ORLACCHIO (I.D. 5520)
    JEFFREY MOLLER (*pro hac vice*)
    BRIAN GOCIAL (*pro hac vice*)
    1201 N. Market Street, Suite 800
    Wilmington, DE 19801
    Phone: (302) 425-6431
    Fax: (302) 428-5102
    Email: orlacchio@blankrome.com

*Counsel for Plaintiff SeaChange Projects LLC*

**U.S. DEPARTMENT OF JUSTICE**

By: /s/ Jennifer K. Welsh
    JENNIFER K. WELSH
    DOUGLAS M. HOTTLE
    BENJAMIN R. SWEENEY
    United States Department of Justice
    1007 N. Orange Street, P.O. Box 2046
    Wilmington, DE 19899
    Phone: (302) 573-6277
    Email: Jennifer.Welsh@usdoj.gov

*Counsel for Defendant United States of America*

SO ORDERED this ___ day of _____, 2016

_____
The Hon. Gregory M. Sleet,
United States District Judge

143205.06504/103534602v.1